# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:05-CR-00061-03-BRW

TONY ALLEN PRICE

## ORDER

After considerable reflection I have decided that Mr. Price's Motion for Early Termination of Supervised Release (Doc. No. 212) should be granted. Accordingly, the Order entered July 15, 2015 (Doc. No. 214) is vacated and set aside; Mr. Price's Motion is GRANTED; and Mr. Price is released from supervision.

IT IS SO ORDERED this 17th day of July, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1